BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
Suite 10-100
501 I Street
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:00-cr-00326-MCE |
| Plaintiff, ) | |
| v. ) | GOVERNMENT'S MOTION AND ORDER TO DISMISS INDICTMENT PURSUANT TO RULE 48 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| BAGRAT AVAKIAN, ) | |
| Defendant. ) | |

The United States, by and through its attorneys, United States Attorney Benjamin B. Wagner and Assistant U.S. Attorney Carolyn K. Delaney, hereby moves to dismiss the Indictment currently pending against the defendant pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

///
///
///
///
///
///
///
///

1

| | | |
|---|---|---|
| 1 | Dated: September 29, 2010 | Respectfully submitted, |
| 2 | | BENJAMIN B. WAGNER |
| 3 | | United States Attorney |
| 4 | | /s/ Carolyn K. Delaney |
| 5 | | CAROLYN K. DELANEY |
| | | Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: October 4, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2